court will compel the defendant to file a perfect plea, if that has not already been done.    Here appears to have been a mere mistake on the part of the defendant.    Let him file a plea *instanter*, and the default be set aside on payment of costs.

———◦❀◦———

## APRIL TERM, 1796.

———

*Branson* ads. *Boardman and another.*

IN this cause, a *demurrer* was filed to the replication ; the defendant's attorney, at the same time, applied to the deputy clerk for leave to strike out the *similiter*, but the clerk refused to permit him to do so. Notice of trial was then given, and an inquest taken.

*Jones* for the defendant, now moved that the verdict be set aside for irregularity.

*Per Curiam.*    The 9th rule of *April* term, 1796, provides that " *If either party shall in pleading, in* " *any degree, tender an issue to the country, and if* " *the opposite party shall not demur to the pleading,* " *within twenty days after service of a copy thereof,* " *the cause shall in each of these cases, be deemed to* " *be at issue ;*" but here was a demurrer filed within the twenty days, and the striking out the *similiter* from the replication which had been filed was not necessary.    Let the verdict be set aside with costs.